BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1060
Facsimile Telephone: (503) 727-1187
Internet E-mail Address: kathleen.bickers@usdoj.gov

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,                                   3:18-cv-01946 MO

    v.                                            CONSENT JUDGMENT

MARK HANSEN,

        Defendant.

The parties to the above action stipulate and consent to the entry of judgment in favor of the United States of America, Plaintiff, and against Mark Hansen, Defendant, in the sum of $157,008.25, inclusive of $82,559.89 principal, plus accrued interest of $74,448.36 through June 14, 2018, and accruing thereafter to date of judgment at the rate of 8.125 percent per annum. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party.

Provided, however, the execute shall not issue upon this judgment as long as Defendant, Mark Hansen, pays to the Department of Education, through the United States Attorney, 1000 SW Third Avenue, Suite 600, Portland, Oregon, 97204, a minimum monthly payment of at least $200.00 beginning March 15, 2019, and continuing each and every month thereafter until this judgment is satisfied. However, the amount of this payment shall be subject to annual review and modification. This debt shall also be included in the Treasury Offset Program.

This judgment may be entered upon the application of either party.

BILLY J. WILLIAMS
United States Attorney
District of Oregon

_/s/ Kathleen L. Bickers_
KATHLEEN L. BICKERS
Assistant United States Attorney
OSB #85151
Attorney for Plaintiff United States of America

DATE: Feb 28th 2019

_/s/ Mark Hansen_
MARK HANSEN, Defendant

DATE: Feb 23 2019

IT IS SO ORDERED this 5 day of March, 2019.

_/s/ Michael W. Mosman_
HONORABLE MICHAEL W. MOSMAN
UNITED STATES CHIEF DISTRICT JUDGE